UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| Woodbridge Group of Companies, LLC ) | Case No. 17-12560-BLS |
| ) | |
| Debtor(s) ) | Adv. Proc. No. 19-50301-BLS |
| ) | |
| Michael Goldberg ) | |
| ) | MEDIATION STATUS REPORT |
| Plaintiff(s) ) | |
| ) | |
| v. ) | |
| Stefan Kolosenko ) | |
| Defendant(s) ) | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated January 5, 2021, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

The undersigned mediator expects that the mediation will be concluded no later than May 31, 2021 _(insert date)_ for the following reason(s):

☐ A mediation session is scheduled to occur on _____.

✔ A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

☐ OTHER:

Dated: January 18, 2021

_Signature of Mediator_ (signed: Leslie A. Berkoff)

Leslie A. Berkoff
**Name of Mediator**
400 Garden City Plaza
**Mailing Address**
Garden City, NY 11530
**City, State, Zip Code**
516-873-2000
**Phone No.**

cc: Counsel of Record
    Pro Se Parties

(9-24-04)