UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                                    Bankruptcy Case No.: 17-12560-BLS
Woodbridge Group of Companies, LLC,                       Bankruptcy Chapter: 11

                      Debtor.
---------------------------------------------------------X
Michael Goldberg,                                         Adv. Pro. No: 19-50301-BLS

                      Plaintiff,               MEDIATOR'S CERTIFICATE
        -against-                                      OF COMPLETION

Stefan Kolosenko,

                      Defendant.
---------------------------------------------------------X

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated January 5, 2021, the undersigned mediator reports that the mediation was completed on March 18, 2021 and resolved in the following manner (*complete applicable provisions)*:

    (a) The following individuals were present:

        (1)  Parties (name and capacity) –

        Michael Goldberg - Plaintiff

        Stefan Kolosenko - Defendant

        (2)  Counsel (name and party representing) –

        Jeffrey Nolan, Esq. of Pachulski Stang Ziehl & Jones representing the Plaintiff

        Charles J. Brown, III, Esq. of Gellert Scali Busenkell & Brown LLC representing the Plaintiff

    (b) The following parties failed to appear and/or participate as ordered: None

(c) The outcome of the mediation conference was:

_____ The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

_____ The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____ The following issues remain for this court to resolve:

__X__ The matter has not been resolved and should proceed to trial

_____ OTHER:

Dated: _April 8, 2021_

_s/ Leslie A. Berkoff_
Signature of Mediator

Leslie A. Berkoff
Name of Mediator

400 Garden City Plaza
Mailing Address

Garden City, NY 11530
City, State, Zip Code

516-873-2000
Phone No.

cc:   Counsel of Record
      Pro Se Parties

(9-24-04)

2551417v1